**Adam D. BRIDGEWATER, Appellant,**

v.

**STATE of Missouri, Respondent.**

.WD 79816

Missouri Court of Appeals,
Western District.

ORDER FILED: September 26, 2017

Application for Transfer to Supreme
Court Denied October 31, 2017.

Application of Transfer Denied
December 19, 2017

Damien De Loyola, Kansas City, Missouri, Counsel for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent.

Before Division Three: Alok Ahuja, P.J., Thomas H. Newton, and Cynthia L. Martin, JJ.

## ORDER

Per Curiam:

Mr. Adam D. Bridgewater appeals the Vernon County Circuit Court judgment denying his post-conviction motion, following a reopened evidentiary hearing on remand from this Court on a recall of the mandate in *Bridgewater v. State*, 458 S.W.3d 430 (Mo. App. W.D. 2015). For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).